IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES B. NEELY, JR.
ADC #110915                                                           PLAINTIFF

v.                         Case No. 4:18-cv-00189-KGB/BD

TURNKEY HEALTH CLINICS, *et al.*                                      DEFENDANTS

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 6). No objections have been filed, and the time to file an objection has passed. After careful review, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 6). The Court dismisses without prejudice plaintiff James B Neely, Jr.'s complaint for failure to prosecute (Dkt. No. 2).

So ordered this 18th day of December, 2018.

_____
Kristine G. Baker
United States District Judge