IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JAMES B. NEELY, JR.**
**ADC #110915**                                                                                   **PLAINTIFF**

v.                       Case No. 4:18-cv-00189-KGB/BD

**TURNKEY HEALTH CLINICS,** *et al.*                                  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff James B. Neely, Jr.'s complaint is dismissed without prejudice.

So adjudged this 18th day of December, 2018.

                                                                                     Kristine G. Baker
                                                                                     United States District Judge